IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| GREG VAUGHN, | ) | |
| --- | --- | --- |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| vs. | ) | No. CIV-18-349-C |
| | ) | |
| KRISTIE PHILLIPS, Facility Director, | ) | |
| | ) | |
| Respondent. | ) | |

## ORDER ADOPTING REPORT AND RECOMMENDATION

This civil rights action brought by a prisoner, proceeding pro se, was referred to United States Magistrate Judge Bernard M. Jones, consistent with the provisions of 28 U.S.C. § 636(b)(1)(B). Judge Jones entered a Report and Recommendation on August 15, 2018, recommending Respondent's Motion to Dismiss be granted, to which Petitioner has timely objected. The Court therefore considers the matter de novo.

The facts and law are accurately set out in Judge Jones' Report and Recommendation and there is no purpose to be served in repeating them yet again. In his objection, Petitioner merely restates the conclusions and legal arguments originally asserted, and raises no issue not fully and accurately addressed and rejected by the Magistrate Judge.

Accordingly, the Court adopts, in its entirety, the Report and Recommendation of the Magistrate Judge, and for the reasons announced therein, Respondent's Motion to Dismiss (Dkt. No. 12) is GRANTED. Petitioner's request for an evidentiary hearing (Dkt.

No. 19) is DENIED.  The request for habeas corpus is DENIED.  A judgment will enter accordingly.

IT IS SO ORDERED this 25th day of September, 2018.

ROBIN J. CAUTHRON
United States District Judge